UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                 No. C-12-5005 EMC (pr)

ISAAC S. YOUNGBLOOD,

        Plaintiff.                        **ORDER OF DISMISSAL**

_____/

       This action was opened on September 25, 2012, when the Court received from Isaac S. Youngblood a letter concerning his treatment in prison. On that date, the Court notified Plaintiff in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified Plaintiff that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within thirty days. Plaintiff did not file a complaint or *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

       IT IS SO ORDERED.

Dated: December 21, 2012

                                                                       EDWARD M. CHEN
                                                                       United States District Judge